UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MWW GROUP, LLC,<br><br>       Plaintiff,<br><br>   -against-<br><br>PRASAGA LLC,<br><br>       Defendant. | Case No. 1:23-cv-06743(JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff filed its Complaint in the instant action on August 1, 2023. ECF No. 1. The Complaint alleges subject matter jurisdiction based on diversity of citizenship. *Id.* ¶ 5. It alleges that Plaintiff is "a limited liability company," existing under Delaware law, with its principal place of business in New York. *Id.* ¶ 2. It further alleges that Defendant is a limited liability company existing under the laws of Nevada with its principal place of business in Nevada. *Id.* ¶ 4. Plaintiff has not filed the required disclosure statement pursuant to Federal Rule of Civil Procedure ("Rule") 7.1.

  For purposes of diversity jurisdiction, a limited liability company is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). That means that, "if any of an LLC's members are themselves non-corporate entities, then a plaintiff must allege the identity and citizenship of their members, proceeding up the chain of ownership until it has alleged the identity and citizenship of every individual and corporation with a direct or indirect interest in the LLC." *U.S. Liab. Ins. Co. v. M Remodeling Corp.*, 444 F. Supp. 3d 408, 410 (E.D.N.Y. 2020).

  Rule 7.1 requires that a party file a disclosure statement "with its first" appearance or pleading. The form, which is available at https://www.nysd.uscourts.gov/forms/rule-71-

statement, further requires a plaintiff to "name and identify the citizenship" of each member of an L.L.C. Plaintiff has not satisfied these requirements here.

Accordingly, Plaintiff shall, by **August 15, 2023**, file a completed Rule 7.1 Disclosure Statement, which shall include all necessary information to establish subject-matter jurisdiction based on diversity as set forth above.

Dated: August 7, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge