UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MWW GROUP, LLC,<br><br>      Plaintiff,<br><br>   -against-<br><br>PRASAGA LLC,<br><br>      Defendant. | Case No. 1:23-cv-06743<br>(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff filed its Complaint in the instant action on August 1, 2023.  ECF No. 1.  The Complaint alleges subject matter jurisdiction based on diversity of citizenship.  *Id.* ¶ 5. It alleges that Plaintiff is "a limited liability company," existing under Delaware law, with its principal place of business in New York.  *Id.* ¶ 2.  It further alleges that Defendant is a limited liability company existing under the laws of Nevada with its principal place of business in Nevada.  *Id.* ¶ 4.  On August 7, 2023, the Court ordered Plaintiff to file a Rule 7.1 statement forthwith.  ECF No. 5.  That statement indicates that Plaintiff's LLC is owned by members who are citizens of New York, Washington D.C., New Jersey, Florida, Illinois, and Maryland. ECF No. 6.

  As stated in the Court's August 7, 2023 Order, for purposes of diversity jurisdiction, a limited liability company is deemed to be a citizen of each state of which its members are citizens.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000).  That means that, "if any of an LLC's members are themselves non-corporate entities, then a plaintiff must allege the identity and citizenship of their members, proceeding up the chain of ownership until it has alleged the identity and citizenship of every individual and corporation with a direct or indirect interest in the LLC." *U.S. Liab. Ins. Co. v. M Remodeling Corp.*, 444 F. Supp. 3d 408, 410 (E.D.N.Y. 2020).

Plaintiff's Complaint does not allege the citizenship of the members of Defendant's LLC.  *See* ECF No. 1.  Thus, the Court is unable to ascertain whether it has subject matter jurisdiction over this dispute.  Accordingly, , IT IS HEREBY ORDERED that Plaintiff shall, no later than **August 23**, **2023**, file a letter, supported by one or more sworn  affidavits, that provide the necessary prerequisites for the Court to exercise subject-matter  jurisdiction in this case, including by alleging the identity and citizenship of members of the Defendant limited liability company, and if necessary, the identity and citizenship of any of Defendant's members that are themselves LLCs.

Dated: August 16, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge